cc: SOM

ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
MARK INCIONG CA BAR #163443
MICAH SMITH
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: michael.nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 07 2019

at 2 o'clock and 45 min. p M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR19 00142 SOM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. |
| ) | |
| Plaintiff, ) | INFORMATION |
| ) | |
| vs. ) | [18 U.S.C. §§ 922(g)(1) and |
| ) | 924(a)(2)] |
| STEVEN DONOHUE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

INFORMATION

The United States Attorney charges:

<u>Felon in Possession of Firearms</u>
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

From a precise date unknown, but by at least August 2016, within the

District of Hawaii, STEVEN DONOHUE, the defendant, having been convicted of

a crime punishable by imprisonment for a term exceeding one year, and knowing

that he had been convicted of such a crime, knowingly possessed firearms, namely,

an unknown caliber handgun, a TEC-9 semi-automatic pistol, and an Arsenal

Company Bulgaria semi-automatic rifle, said firearms having been previously

shipped and transported in interstate and foreign commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and

924(a)(2).

DATED: October ___7___, 2019, Honolulu, Hawaii.


_____ FAUSA
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
MICHAEL NAMMAR
MARK INCIONG
MICAH SMITH
Assistant United States Attorneys

2